JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHAN, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TRYP TECHNOLOGIES, INC., <br><br> Defendant(s). | Case No.: 2:20-cv-07628-JFW-SKx <br><br> **ORDER RE STIPULATION TO DISMISS WITHOUT PREJUDICE** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims and the putative class claims *without prejudice* without Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: December 15, 2020

By: _/s/ John F. Walter_
John F. Walter
United States District Judge

- 1 -